IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GUY JONES and GREGORY STARR,    )
                                )    Civil Action No.
   Plaintiffs,               )    1:16-cv-4027-LMM   *LMM*
v.                              )
                                )    JURY TRIAL DEMANDED
WOODWARD MANAGEMENT             )
PARTNERS, LLC,                  )
                                )
   Defendant.                )
                                )

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

THIS MATTER is before the Court upon the parties' Joint Motion to Approve Settlement Agreement and Dismiss Action with Prejudice ("Joint Motion"). The Court having reviewed the Motion and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.   The Joint Motion is **GRANTED**.

2.   The Court finds that the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the Settlement Agreements, are fair and reasonable under the circumstances, and the Settlement Agreements are hereby **APPROVED**.

3.     This cause is hereby **DISMISSED** with prejudice, with costs and fees to be paid pursuant to the terms of the Settlement Agreements.

4.     The Court shall retain jurisdiction over the action to enforce the terms of the Settlement Agreements.

**DONE AND ORDERED** in Chambers at Atlanta, Georgia, this 19th day of April 2017.

The Honorable Leigh Martin May
U.S. District Judge
Northern District of Georgia
Atlanta Division